ACCEPTED
15-25-00207-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 12:33 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00207-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 12:33:06 PM
CHRISTOPHER A. PRINE
Clerk

IN THE

# Court of Appeals for the 15ᵗʰ District of Texas

———————•◆•———————

IN RE NOVARTIS PHARMACEUTICALS CORPORATION,
*Relator.*

———————————————

ORIGINAL PROCEEDING FROM THE 71ˢᵀ DISTRICT COURT,
IN HARRISON COUNTY, TEXAS • CAUSE NO. 23-0276,
THE HONORABLE BRAD MORIN PRESIDING

## MOTION OF RESIDENT ATTORNEY IN SUPPORT OF MOTION BY NONRESIDENT ATTORNEY FOR ADMISSION PRO HAC VICE

DANNY S. ASHBY
(Texas Bar No. 01370960)
**O'MELVENY & MYERS LLP**
2801 N. Harwood Street, Suite 1600
Dallas, Texas 75201
Telephone: +1 972.360.1900

DERON R. DACUS
(Texas Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: +1 903.705.1117

ANTON METLITSKY
ROSS B. GALIN
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas,
    Suite 1700
New York, New York 10019
Telephone: +1 212.326.2000
(Applications for *pro hac vice* admission pending)

*Counsel for Relator Novartis Pharmaceuticals Corporation*

CP COUNSEL PRESS     (800) 4-APPEAL • (814349)

TO THE HONORABLE COURT OF APPEALS FOR THE 15TH DISTRICT:

I, Danny S. Ashby, of the law firm *O'Melveny & Myers LLP*, counsel for Petitioner Novartis Pharmaceuticals Corporation, file this sworn motion requesting that this Honorable Court allow Ross B. Galin, of the law firm *O'Melveny & Myers LLP*, to appear before this Court *pro hac vice* to serve as co-counsel for Petitioner in the above captioned matter, and in support thereof state under oath as follows:

1. I am an attorney in this case representing Petitioner Novartis Pharmaceuticals Corporation. I am a member in good standing of the State Bar of Texas, and my State Bar of Texas number is 01370960.

2. I work with Ross B. Galin, an attorney and partner with *O'Melveny & Myers LLP*. Mr. Galin's work address is 1301 Avenue of the Americas, Suite 1700, New York, NY 10019. His telephone number is 212-326-2000, and his facsimile number is 212-326-2061.

3. If allowed to participate in this matter *pro hac vice*, Mr. Galin will be associated with me throughout the entirety of this matter.

4. I find Ross B. Galin to be a reputable attorney and recommend that he be granted permission to participate in this proceeding before this Court.

WHEREFORE, Danny S. Ashby, counsel for Petitioner, prays that this Honorable Court grant Ross B. Galin admission to the bar of this Honorable Court *pro hac vice* to serve as co-counsel for Petitioner in the above-captioned matter.

1

Respectfully Submitted,


*/s/ Danny S. Ashby*
DANNY S. ASHBY (Texas Bar No. 01370960)
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, Texas 75201
Telephone:  +1 972 360 1900
Facsimile:  +1 972 360 1901
Email:  dashby@omm.com
**COUNSEL FOR PETITIONER NOVARTIS
PHARMACEUTICALS CORPORATION**

## CERTIFICATE OF CONFERENCE

I certify that on November 14, 2025, Petitioner's counsel conferred with Respondent's counsel, Radu A. Lelutiu, regarding the relief requested in the foregoing Motion. Mr. Lelutiu indicated that he is not opposed to the requested relief.

*/s/Danny S. Ashby*
Danny S. Ashby

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2025, a true and correct copy of the foregoing has been filed and served on counsel of record through electronic service via www.efiletexas.gov.

*/s/ Danny S. Ashby*
Danny S. Ashby

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Court Services on behalf of Danny Ashby
Bar No. 1370960
ommsvc2@omm.com
Envelope ID: 108502297
Filing Code Description: Motion
Filing Description: Motion of Attorney Anton Metlitsky to Appear Pro Hac Vice
Status as of 11/26/2025 2:56 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Deron Dacus | 790553 | ddacus@dacusfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 11/26/2025 12:33:06 PM | SENT |
| Kwaku A.Akowuah | | kakowuah@sidley.com | 11/26/2025 12:33:06 PM | SENT |
| Eric B.Halper | | ehalper@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| Crystal Clark | | crystal.clark@sidley.com | 11/26/2025 12:33:06 PM | SENT |
| Chelsea A.Priest | | cpriest@sidley.com | 11/26/2025 12:33:06 PM | SENT |
| Ross Galin | | rgalin@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Meredith Garagiola | | mgaragiola@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Anton Metlitsky | | ametlitsky@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Danny S.Ashby | | dashby@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Radu A. Lelutiu | | rlelutiu@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 11/26/2025 12:33:06 PM | SENT |
| Jordan Underhill | | Jordan.Underhill@oag.texas.gov | 11/26/2025 12:33:06 PM | ERROR |
| Jonathan D. Bonilla | | Jonathan.Bonilla@oag.texas.gov | 11/26/2025 12:33:06 PM | ERROR |
| Litigation Calendar | | litigationcalendar@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Craig McAllister | | cmcallister@omm.com | 11/26/2025 12:33:06 PM | SENT |